Stanley J. Wolowski, Pittsburgh, for Pa. St. Police.

Gary F. DiVito, Philadelphia, for Falcon Group.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

## ORDER

PER CURIAM.

The order of the Court of Common Pleas of Philadelphia County is REVERSED. See, *Pennsylvania State Police, Bureau of Liquor Control Enforcement v. Hospitality Investments of Philadelphia, Inc.*, 539 Pa. 108, 650 A.2d 854 (1994).

FLAHERTY, Justice, dissenting.

I dissent based on my dissenting opinion filed in *Pennsylvania State Police, Bureau of Liquor Control Enforcement, v. Hospitality Investments of Philadelphia, Inc.*, 539 Pa. 108, 650 A.2d 854.

CASTILLE, Justice, dissenting.

I respectfully dissent based on my dissenting opinion filed in *Pennsylvania State Police, Bureau of Liquor Control Enforcement v. Hospitality Investments of Philadelphia, Inc.*, 539 Pa. 108, 650 A.2d 854.

650 A.2d 862

PENNSYLVANIA STATE POLICE, BUREAU OF LIQUOR CONTROL ENFORCEMENT, Appellant,

v.

HOSPITALITY INVESTMENTS OF PHILADELPHIA, INC., Appellee.

Supreme Court of Pennsylvania.

Submitted Oct. 18, 1993.

Decided Nov. 3, 1994.

Stanley J. Wolowski, Pittsburgh, for Pa. St. Police.

Gary F. DiVito, Philadelphia, for Hosp. Invest.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

## *ORDER*

PER CURIAM.

The order of the Court of Common Pleas of Philadelphia County is REVERSED. See, *Pennsylvania State Police, Bureau of Liquor Control Enforcement v. Hospitality Investments of Philadelphia, Inc.*, 539 Pa. 108, 650 A.2d 854 (1994).

FLAHERTY, Justice, dissenting.

I dissent based on my dissenting opinion filed in *Pennsylvania State Police, Bureau of Liquor Control Enforcement, v. Hospitality Investments of Philadelphia, Inc.*, 539 Pa. 108, 650 A.2d 854.

CASTILLE, Justice, dissenting.

I respectfully dissent based on my dissenting opinion filed in *Pennsylvania State Police, Bureau of Liquor Control Enforcement v. Hospitality Investments of Philadelphia, Inc.*, 539 Pa. 108, 650 A.2d 854.